## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:24-CR-11 (WLS-TQL) |
| | : | |
| CHRISTOPHER ROSS WALDROP, | : | |
| | : | |
| Defendants. | : | |
| | : | |

### ORDER

Before the Court is the Defendant's Unopposed Motion to Continue Trial in the Interest of Justice. (Doc. 19). Therein, Defendant requests the Court to continue the June 5, 2024, pretrial conference and the June trial term to the next Valdosta trial term for this Court. (*Id.*) Defense Counsel explains that she needs additional time to review the discovery with Defendant and investigate other matters with him to determine the next steps in this case. (*Id.*) Defendant further notes that the Government does not oppose the instant Motion. (*Id.*)

Based on the stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of Defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Thus, for good cause shown, the Unopposed Motion (Doc. 19) is **GRANTED.** Accordingly, the pretrial conference set for June 5, 2024, is **CANCELED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division November 2024 trial term beginning on November 4, 2024, and its conclusion, or as may otherwise be ordered by the Court.

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of injustice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this <u>22nd</u> day of May, 2024.

<u>/s/ W. Louis Sands</u>
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**