# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | |
| : | **CASE NO: 7:24-CR-11 (WLS)** |
| **CHRISTOPHER WALDROP,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER

The Court intends to notice this case for the November 2024 trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Monday, September 23, 2024**, whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference.**

**SO ORDERED**, this 10th day of September 2024.

                                                             **/s/ W. Louis Sands**
                                                             **W. LOUIS SANDS, SR. JUDGE**
                                                             **UNITED STATES DISTRICT COURT**